BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00087-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $63,176.00 in U.S. Currency, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Lian Chao Xiong ("claimant"), by and through his respective counsel, as follows:

1. On or about March 18, 2014, claimant filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $63,176.00 in U.S. Currency (hereafter "defendant currency"), which were seized on or about January 15, 2014.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
2  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the
3  parties.  That deadline was June 16, 2014.

4        4.      By Stipulation and Order filed June 25, 2014, the parties stipulated to extend to August
5  15, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the
6  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
7  forfeiture.

8        5.      By Stipulation and Order filed August 15, 2014, the parties stipulated to extend to October
9  14, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the
10 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
11 forfeiture.

12       6.      By Stipulation and Order filed October 15, 2014, the parties stipulated to extend to
13 November 13, 2014, the time in which the United States is required to file a civil complaint for forfeiture
14 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
15 subject to forfeiture.

16       7.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
17 to January 12, 2015, the time in which the United States is required to file a civil complaint for forfeiture
18 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
19 subject to forfeiture.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation and Order to Extend Time

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 12, 2015.

Dated: 11/13/14        BENJAMIN B. WAGNER
                       United States Attorney

                  By:  /s/ Kevin C. Khasigian
                       KEVIN C. KHASIGIAN
                       Assistant U.S. Attorney

Dated: 11/13/14        /s/ William J. Taylor
                       WILLIAM J. TAYLOR
                       Attorney for claimant
                       Lian Chao Xiong

                       (Authorized by phone)

IT IS SO ORDERED.

Dated: November 18, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT