BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00087-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $63,176.00 in U.S. Currency, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Lian Chao Xiong ("claimant"), by and through his respective counsel, as follows:

1. On or about March 18, 2014, claimant filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $63,176.00 in U.S. Currency (hereafter "defendant currency"), which were seized on or about January 15, 2014.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was June 16, 2014.

      4.      By Stipulation and Order filed June 25, 2014, the parties stipulated to extend to August 15, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

      5.      By Stipulation and Order filed August 15, 2014, the parties stipulated to extend to October 14, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

      6.      By Stipulation and Order filed October 15, 2014, the parties stipulated to extend to November 13, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

      7.      By Stipulation and Order filed November 19, 2014, the parties stipulated to extend to January 12, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

      8.      By Stipulation and Order filed January 14, 2015, the parties stipulated to extend to March 13, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

      9.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to April 13, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

Stipulation and Order to Extend Time

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 13, 2015.

Dated: 3/8/15  
          BENJAMIN B. WAGNER  
          United States Attorney

        By: /s/ Kevin C. Khasigian  
          KEVIN C. KHASIGIAN  
          Assistant U.S. Attorney

Dated: 3/8/15  
          /s/ Suzan Yee  
          SUZAN YEE  
          Attorney for claimant  
          Lian Chao Xiong

          (Authorized via email)

IT IS SO ORDERED.

Dated: March 10, 2015

_____  
MORRISON C. ENGLAND, JR., CHIEF JUDGE  
UNITED STATES DISTRICT COURT

3

Stipulation and Order to Extend Time